### In re David BRILL, Bankrupt.
### No. 439.

Circuit Court of Appeals, Second Circuit.
July 17, 1931.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

Joseph H. Frier and Goldman & Frier, all of New York City, for appellant.

Blau, Perlman & Polakoff, of New York City (William Blau and Samuel Mezansky, both of New York City, of counsel), for appellee.

PER CURIAM.
Order [52 F.(2d) 636] affirmed.